AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Joseph D. Dantzler, Jr. |  |
|---|---|
| *Plaintiff* |  |
| v. | Civil Action No.   3:15-05100-JMC |
| Time Warner Cable, Sedgwick Claims Management Services, |  |
| *Defendants* |  |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Joseph D. Dantzler, Jr., shall take nothing of the defendants, Time Warner Cable and Sedgwick Claims Management Services and the amended complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett which grants the defendants' motion to dismiss.

*CLERK OF COURT*

Date: September 9, 2016

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*